IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

NOBLE HALONA BEY, Indigenous woman, Plaintiff, v. BRANDON BARNES, JUSTIN DODSON, JAMES LEE, DONALD VALENZA, CARLA WOODALL, JOHN STEENSLAND, BUTCH BINFORD, HON. CHRISTOPHER K. RICHARDSON, HOUSTON COUNTY COMMISSION, RUSS GOODMAN, JOHN DOE DEPUTIES 1-5

2026 OCT 29 A 10:41

Civil Action No: 1:26-cv-647-ECM-SMD

SECOND AMENDED VERIFIED COMPLAINT - V9 FINAL COMPLIANT DOC.14 - 20 ON ME - BACKGROUND ONLY TO SHOW WHY RETALIATION - NO SHOTGUN - JURY TRIAL DEMANDED BEGINNING AND END

Plaintiff demands jury trial on all issues triable.

I. PARTIES - WHAT THEY DID WRONG / ROLE AND WRONGFUL CONDUCT - Indigenous woman

1. Plaintiff Noble Halona Bey, Indigenous woman, 2932 Ross Clark Circle PMB 417, Dothan, AL 36301 - Disability panic disorder ADA - Petitioning for son Joshua Mikael Bighems DOB 10/24/1995 - Pro Se.

2. Barnes - Deputy, individual - WHAT HE DID WRONG: Gave orders retaliatory arrest Jan 8 per Lee, 20 impossible complaints against Plaintiff backdated WR 2026 900074 DONE Jan 7 filed 2:01 PM after 10:23 AM arrest - Retaliation for petitioning for son.

3. Dodson - Deputy, individual - WHAT HE DID WRONG: Signed 20 impossible complaints Jan 8 against Plaintiff without probable cause - Retaliation.

4. Lee - Deputy, individual - WHAT HE DID WRONG: Warrantless hallway arrest Jan 8 10:23 AM while Plaintiff getting up to leave out courtroom after Richardson screamed - No warrant - Barnes gave orders.

5. Valenza - Sheriff, official policymaker Monell and individual - WHAT HE DID WRONG: Notice Jan 2 Ex.Y NAACP petitioning for son, allowed same officers to arrest Plaintiff Jan 8 six days after complaint - Failure train - Causation.

6. Woodall - Clerk, individual and official - WHAT SHE DID WRONG: (A) Aug 2025 mutilated statement "not appearing as licensed attorney" Ex.F then UPL arrest after mutilation; (B) With Richardson exemplified $394 fee Ex.Receipt then false instrument arrest - Entrapment.

7. JOHN STEENSLAND - Circuit Judge - Sued ONLY in official capacity Ex parte Young for prospective injunctive/declaratory and individual administrative capacity for ADA handling - NO DAMAGES SOUGHT - ROLE AND WRONGFUL CONDUCT: (A) Official Ex parte Young prospective - Denied ADA Aug 12 Ex.I without findings - Lane - For future accommodation findings - No immunity official injunctive Pulliam; (B) Individual administrative - Not judicial act - Humiliated open court "what's my disabilities" after private disclosure - Forrester - No absolute immunity administrative - ADA - NO MONEY DAMAGES REQUESTED FROM THIS DEFENDANT.

8. BUTCH BINFORD - Circuit Judge - Sued ONLY in official capacity Ex parte Young and individual administrative - NO DAMAGES SOUGHT - ROLE AND WRONGFUL CONDUCT: (A) Official Ex parte Young prospective - Hardship without findings then recused Ex.G - For future findings - No immunity; (B) Individual administrative - Failure findings - Forrester - NO MONEY DAMAGES REQUESTED FROM THIS DEFENDANT.

9. HON. CHRISTOPHER K. RICHARDSON - Circuit Judge - Sued ONLY in official capacity Ex parte Young and individual administrative - NO DAMAGES SOUGHT - ROLE AND WRONGFUL CONDUCT: (A) Individual administrative - Not judicial act - While Plaintiff was getting up to leave out courtroom Jan 8 screamed "what are you looking at" - Mireles Forrester - No immunity non-judicial; (B) Official Ex parte Young prospective - Denied ADA July 23 - Lane; (C) Administrative with Woodall exemplified $394 fee then false instrument arrest - Exemplification administrative not judicial - Entrapment - No absolute immunity - NO MONEY DAMAGES REQUESTED FROM THIS DEFENDANT.

10. Houston County Commission - Municipality - WHAT IT DID WRONG: Notice Oct 23 2025 Commission Photo petitioning for son - Failure train Monell.

11. John Doe Deputies 1-5 - Individual - WHAT THEY DID WRONG: Participated warrantless arrest.

12. RUSS GOODMAN - District Attorney - Official Ex parte Young and individual - NO BRADY - WHAT HE DID WRONG: Had knowledge Jan 2 Ex.Y NAACP petitioning for son and power as DA to prevent bad faith prosecution of mother 6 days later - Neglected 1986 - Backdated warrants WR 2026 900074 - Causation BUT FOR failure no Jan 8 arrest no 20 charges - Background only to show why retaliation - Not claim for son - 20 ON ME.

II. JURISDICTION

13. 28 USC 1331, 1343, 2201, 42 USC 1983, 1985(2), 1986, 12132 ADA.

III. VENUE

14. 28 USC 1391(b) Houston County Courthouse Dothan.

IV. FACTS - BACKGROUND ONLY TO SHOW WHY RETALIATION - NOT CLAIM FOR SON - 20 ON ME

15. Background only - Son Joshua Mikael Bighems DOB 10/24/1995 booked Houston County Jail 10/23/2024 continuous custody until 05/11/2026 Ex.N-8 - NOT claim for son.

16. Background only - Barnes and Dodson filed several sworn affidavits against Bighems son Ex.C/D impossible because Ex.N-8 - NOT claim for son - Pattern complained Jan 2.

17. Background only - Plaintiff petitioning for son - Protected Petition Clause - Indigenous mother - NOT claim for son.

18. Background only - Oct 23 2025 Commission board petitioning for son Ex.Commission Photo - NOT claim.

19. Background only - Jan 2 2026 Plaintiff NAACP Valenza Turner met complained several impossible charges perjury petitioning for son Ex.Y - Policymaker notice - 6 days before arrest - NOT claim for son.

20. Retaliation - As direct retaliation Facts 15-19, 20 impossible charges against Plaintiff herself separate - 20 ON ME.

21. Jan 8 Plaintiff at courthouse for son's arraignment before Richardson - Petitioning.

22. Jan 8 while Plaintiff was getting up to leave out courtroom Judge Richardson screamed "what are you looking at" at Plaintiff - Indigenous woman.

23. Jan 8 approx 10:23 AM hallway Lee arrested without warrant - Barnes gave orders.

24. Officer stated "Barnes was the one that gave the orders for me to be arrested".

25. Dodson signed complaints 20 impossible without probable cause.

26. No probable cause - Retaliation petitioning for son.

27. Jan 8 at 2:01 PM 3 hrs 31 min after 10:23 AM arrest warrants WR 2026 900074 Ex.B filed DONE Jan 7 backdated no docket - Pre-planned - 20 impossible.

28. Valenza allowed same officers complained Jan 2 to arrest Jan 8 six days after - Failure prevent.

29. Jan 8 arrest prevented supporting son at arraignment - Chilling.

30. July 23 Richardson denied ADA hearing - Disability panic disorder - Indigenous woman.

31. Aug 12 Plaintiff submitted ADA request Ex.I to Steensland after private disclosure.

32. Aug 12 open court Steensland humiliated asking "what's my disabilities" after private disclosure.

33. Steensland denied ADA Ex.I without findings - Lane.

34. Binford ruled hardship without findings then recused Ex.G per correction.

35. Aug 2025 Plaintiff filed statement "I'm not appearing as a licensed attorney" Ex.F - Indigenous woman Pro Se.

36. Aug 2025 Woodall mutilated statement intentions so not recorded Ex.F - Part of 20 impossible.

37. AFTER mutilation arrested for UPL - Part of 20 impossible.

38. Filed instrument/document on record petitioning for son.

39. Woodall and Richardson exemplified same document charged $394 fee Ex.Receipt - Part of 20 impossible.

40. AFTER fee arrested for false instrument same document - Part of 20 impossible.

41. Entrapment estoppel Raley - Part of 20 impossible.

V. CAUSES OF ACTION - No shotgun

COUNT I - First Amendment Retaliation - Against Barnes, Dodson
42-44 Protected petitioning for son Para 18-19 Background only, Adverse 20 impossible Para 20,27, Causation 6 days Barnes gave orders Para 24.

COUNT II - Fourth Amendment False Arrest Without Warrant - Against Lee
45-46 Jan 8 10:23 AM warrantless Para 23 while getting up to leave courtroom after screamed Para 22, No probable cause backdated Para 27.

COUNT III - Fourth Amendment False Complaints - Against Dodson, Barnes ordered
47-48 Dodson signed 20 impossible Para 25, Barnes ordered Para 24, backdated Para 27.

COUNT IV - ADA Title II - Against Richardson official and Steensland official and individual administrative - NO DAMAGES
48-51 Qualified disability Indigenous woman Para 1,30, Richardson denied July 23 Para 30 official Ex parte Young prospective, Steensland humiliated Para 32 individual administrative Forrester and denied without findings Para 33 official injunctive Lane - NO MONEY DAMAGES - Only declaratory injunctive against judges.

COUNT V - Access to Courts Mutilation UPL AFTER MUTILATION - Against Woodall
51-52 Mutilated Ex.F Para 36, After mutilation UPL Para 37 - Causation but for mutilation no UPL.

COUNT VI - Entrapment Estoppel FALSE INSTRUMENT AFTER EXEMPLIFICATION + UPL AFTER MUTILATION - Against Woodall and Richardson official and individual administrative - NO DAMAGES AGAINST RICHARDSON
53-55 Mutilated then UPL Para 36-37, Exemplified $394 Para 39 then false instrument Para 40, Entrapment Raley - Administrative acts no immunity Forrester - Richardson screaming while getting up to leave courtroom not judicial - Damages only against Woodall, injunctive declaratory only against Richardson official - NO MONEY DAMAGES FROM RICHARDSON.

COUNT VII - Conspiracy 1985(2) - Against Barnes, Dodson
56-57 Agreed file 20 impossible Para 20 to obstruct petitioning, Overt act false complaints Para 25,27 directing arrest Para 24.

COUNT VIII - Monell - Against Valenza Official and Commission and Goodman Official
58-61 Valenza policymaker McMillian 520 U.S. 781, Goodman policymaker DA, Commission municipality, Policy Oct 23 2025 Para 18 + Jan 2 2026 Para 19, Failure train, Causation but for policy no arrest.

COUNT IX - Neglect to Prevent 1986 - Against Valenza and Goodman - No Brady
62-63 Knowledge Jan 2 Ex.Y Para 19 power prevent neglected, Causation but for no 20 charges - Background only - No Brady as requested.

VI. RELIEF REQUESTED - Revised Younger - NO DAMAGES AGAINST JUDGES

63. Declaratory 28 USC 2201:
(a) Jan 8 10:23 AM warrantless while getting up to leave courtroom after screamed retaliation lacked probable cause Para 22-23;
(b) July 23 Richardson and Aug 12 Steensland violated ADA Para 30-33;
(c) Woodall mutilating Ex.F violated access courts led to UPL part of 20 impossible Para 36-37;
(d) $394 fee then false instrument and mutilation then UPL entrapment estoppel Para 39-41;

(e) Valenza Commission policy violates First Fourth Fourteenth;
(f) Goodman neglect 1986 violates - No Brady - Background only.

64. Injunctive Younger narrow - NOT asking dismiss pending state case:
(1) Enjoin Woodall and Commission restore statement Ex.F - Future admin Ex parte Young;
(2) Enjoin Richardson, Steensland, Binford official provide ADA accommodation findings future - Prospective Ex parte Young Pulliam - NO DAMAGES - Declaratory injunctive only against judges - So NOT dismissed;
(3) Enjoin Valenza Commission Goodman official policy allowing complained-of officers to arrest complainant within 6 days and order training;
(4) Alternative if Younger applies only declaratory damages past harm reserve bad faith Dombrowski.

65. Compensatory and Punitive $45,000,000.00 joint and several AGAINST ONLY Barnes, Dodson, Lee, Woodall individual, Valenza official and individual, Goodman official and individual, Houston County Commission, City of Dothan - EXPLICITLY NO DAMAGES SOUGHT FROM JUDICIAL DEFENDANTS RICHARDSON, STEENSLAND, BINFORD - Only injunctive declaratory relief against judges official and individual administrative - So judges claims NOT dismissed under Stump Pierson - Survives Forrester Lane Pulliam Ex parte Young - $15M compensatory $30M punitive.

66. Nominal $1 per violation against non-judicial defendants only.

67. Fees 42 USC 1988 12205 costs 1920 against non-judicial defendants.

68. Jury trial demanded beginning and end - All issues triable - At beginning and end.

Verification 28 USC 1746 - True and correct - Executed Oct 22, 2026 - Indigenous woman petitioning for son.

by: Noble Halona Bey Pro 'se

Noble Halona Bey, Pro Se, Indigenous woman, 2932 Ross Clark Circle PMB 417, Dothan, AL 36301
334-589-3361 mamat1209@yahoo.com

Exhibits tied to facts:
Ex.N-8 Jail logs Bighems continuous custody - Para 15-16 Background only
Ex.C/D Barnes/Dodson affidavits several on Bighems son - Para 16 Background pattern
Ex.B Warrants WR 2026 900074 2:01 PM DONE Jan 7 - Para 27 20 on me backdated
Ex.Y Transcript Jan 2 meeting Valenza NAACP petitioning for son - Para 19
Ex.Commission Photo Oct 23 2025 - Para 18
Ex.I ADA request Aug 12 denied - Para 31-33
Ex.G Binford hardship no findings recused - Para 34
Ex.F Statement not licensed attorney + mutilated - Para 35-36 UPL AFTER MUTILATION
Ex.Receipt $394 exemplification fee - Para 39-40 FALSE INSTRUMENT AFTER EXEMPLIFICATION
Charts of Count Statue
Charts of Exhibits
JURY TRIAL DEMANDED - End.

SINCE/DEPUIS 1925

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States District Court
Middle District Alabama
One Church street
Montgomery Alabama
36104

9590 9402 0027 6058 3101 27

2. Article Number *(Transfer from service label)*
9589 0710 5270 4362 8742 07

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Nell Wallace
2932 Ross Clark Circle
Dothan Alabama
36301

CERTIFIED MAIL®

9589 0710 5270 4362 8742 07

Attn: Clerk
United States District Court
One Church Street
Montgomery Alabama

Retail

RDC 01 1 Lb

31

PRIORITY MAIL

TRACKED ★★★ INSURED

UNITED STATES POSTAL SERVICE®

For Domestic and International Use

Label 107R, May 2014